UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PEDRO MEZA,** | ) Case No. CV 06-6441-SJO (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **ROSEANNE CAMPBELL, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 10, 2009

_____
S. James Otero
United States District Judge